■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR L. AIDALA, on Behalf of DANIEL GREENSPAN, Petitioner, v WARDEN, SUFFOLK COUNTY CORRECTIONAL FACILITY, Respondent. [28 NYS3d 628]—Writ of habeas corpus in the nature of an application to set bail upon Suffolk County indictment No. 2758/15.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Suffolk County, did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Dillon, J.P., Chambers, Barros and Brathwaite Nelson, JJ., concur.